UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE MARIE KERR,                                Case No. 10-12198

       Plaintiff,                                         SENIOR UNITED STATES DISTRICT JUDGE
                                                               ARTHUR J. TARNOW
v.
                                                               UNITED STATES MAGISTRATE JUDGE
COMMISSIONER OF SOCIAL SECURITY,                      CHARLES E. BINDER

       Defendant.
_____/

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [15], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [11], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14], AND DISMISSING CASE

On March 22, 2011, Magistrate Judge Binder issued a Report and Recommendation [15] recommending that Plaintiff's Motion for Summary Judgment [11] be denied, that Defendant's Motion for Summary Judgment [14] be granted, and that the findings and conclusions of the Commissioner be affirmed.

   No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

   **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **DENIED**.

   **IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [14] is **GRANTED**.

Plaintiff's Complaint [1] is hereby **DISMISSED.**

Kerr v. Commissioner of Social Security
#10-12198

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated:  April 12, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 12, 2011, by electronic and/or ordinary mail.

S/MICHAEL L. WILLIAMS
Relief Case Manager